U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 9 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAREN CRAWFORD | CIVIL ACTION NO. 1:15-CV-02383 |
| VERSUS | JUDGE TRIMBLE |
| CAROLYN W. COLVIN | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Crawford's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Crawford's case is REMANDED to the Commissioner for further proceedings to determine whether Crawford can perform her past relevant work, and whether there are any jobs existing in sufficient numbers that Crawford can perform.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 9th day of January, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE